Form 13-11 (20200101)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number:  21-11684 |
| Leixy Blue | ) | |
| | ) | |
| | ) | Chapter:   13 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER ALLOWING CHAPTER 13 COMPENSATION UNDER**
**COURT-APPROVED RETENTION AGREEMENT**
**(Use for cases filed on or after April 20, 2015)**

On the application of debtor(s)' counsel for compensation for representing the debtor(s) in this case and pursuant to the Court-Approved Retention Agreement executed by debtor(s) and counsel,  the court grants the application based on its finding that the allowance is reasonable under the provisions of 11 U.S.C. § 330(a), as follows:

| | | |
|---|---|---|
| $ | 4,500.00 | for legal services through conclusion of the case. |
| $ | 25.00 | for reimbursable expenses. |
| $ | 4,525.00 | **total fees and reimbursement allowed.** |
| -$ | 0 | less payment received from debtor before date of application. |
| $ | 4,525.00 | **balance allowed and due to the attorney under this order.** |

Enter:

*Jacqueline P. Cox*

J Cox

Honorable Jacqueline Cox

Dated:   **2 9 NOV 2021**

United States Bankruptcy Judge

**Fees Payable to:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie, IL 60076
(847) 673-8600