# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**IN RE:**                                              **CASE NO.: 21-11684**
**Leixy L Blue,**                                       **CHAPTER 13**
**aka Lexi Kidd,**
**aka Lakesha Orr,**
**aka Lakeshia L Kidd,**

   **Debtor.**
_____/

## NOTICE OF WITHDRAWAL

     **PLEASE TAKE NOTICE THAT**, on behalf of SELENE FINANCE LP ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Docket Entry #42, Motion for Relief from Automatic Stay filed May 28, 2025.**

Secured Creditor hereby reserves its right to seek recovery of any fees/costs associated with the filing of the motion.  The withdrawal in no way waives its right to seek recovery of amounts deemed otherwise recoverable under the loan documents.

<div style="margin-left:45%">

Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
200 West Madison Street, Suite 2100
Chicago, IL 60606
Telephone: 470-321-7112

By: /s/  *Samantha C. San Jose*
   Samantha C. San Jose
   Attorney for Secured Creditor
   Illinois Bar No. 6319469
   Email: ssanjose@raslg.com

</div>

## <u>CERTIFICATE OF SERVICE</u>

  **I HEREBY CERTIFY** that on July 03, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Leixy L Blue
2353 S. Buckingham
Westchester, IL 60154

And via electronic mail to:

David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

Acting U.S. Trustee
Adam Brief
Office of the U. S. Trustee, Region 11
219 South Dearborn
Room 873
Chicago, IL 60604

Thomas H. Hooper
Office of the Chapter 13 Trustee
55 E. Monroe St.
Suite 3850
Chicago, IL 60603

Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
200 West Madison Street, Suite 2100
Chicago, IL 60606
Telephone: 470-321-7112

By: /s/ Samantha C. San Jose
  Samantha C. San Jose
  Attorney for Secured Creditor
  Illinois Bar No. 6319469
  Email: ssanjose@raslg.com